IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:22-cv-48-JDK |
| GERALD P. FOOX and CAROL A. FOOX, | § § § § | |
| Defendants. | § § § | |

**ORDER FOR ISSUANCE OF PRE-JUDGMENT WRITS OF GARNISHMENT**

Before the Court is the United States' ex parte Application for Pre-Judgment Writs of Garnishment to Garnishees United Heritage Credit Union, East Texas Professional Credit Union, Telco Plus Credit Union, Kelly Community Credit Union, Texas Bank, and Texas National Bank, and their successors, affiliates and/or assigns, for property in which Defendants Gerald P. Foox or Carol Foox has a substantial non-exempt interest (Docket No. 423). After considering the Application, the Court finds that it meets the requirements of 28 U.S.C. §§ 3101 and 3104, and **GRANTS** the Application.

**IT IS ORDERED** that the Clerk of the Court issue a Writ of Garnishment and a Clerk's Notice of Garnishment to each Garnishee, and that the Clerk provide them to the United States.

Pursuant to 28 U.S.C. § 3101(d), the United States shall serve each Garnishee with a copy of the Application, the Writ of Garnishment, the Clerk's Notice of

1

Garnishment, and Answer Form with instructions for compliance. The United States may serve the Writs of Garnishment by its agents, employees or private process servers or the U.S. Marshall. After the Garnishee has been served, the United States shall serve the Defendant and each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ of Garnishment with those documents, and they shall be afforded an opportunity for a hearing.

Unless otherwise ordered by this Court, the Writ of Garnishment shall be continuing and shall terminate only as provided in 28 U.S.C. § 3205(c)(7) or (10); and counsel for the United States shall certify that each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ of Garnishment, has been served at least 20 days before filing a motion for a disposition order under 28 U.S.C. §§ 3104(b)(1) and 3205(c)(7).

So **ORDERED** and **SIGNED** this **28th** day of **March, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE