IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(TYLER DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) Case No. 6:22-cv-00048<br>) |
| GERALD P. FOOX and<br>CAROL A. FOOX,<br>    Defendants, | )<br>)<br>)<br>) |
| MERRILL LYNCH, PIERCE, FENNER<br>AND SMITH,<br>CAPITAL ONE BANK, N.A., and<br>CHARLES SCHWAB & CO., INC., | )<br>)<br>)<br>) |
| | ) |
| Garnishees | ) |

## GARNISHMENT ANSWER OF
## UNITED HERITAGE CREDIT UNION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES UNITED HERITAGE CREDIT UNION, Garnishee, and makes the following response to the Writ of Garnishment served upon it herein:

1. Garnishee was served with this Writ of Garnishment on or about March 30, 2022 by delivery to United Heritage Credit Union at 12515 Research Blvd., Bldg. 5 Austin, Texas 78759-2247.

2. Garnishee had at the time of Writ of Garnishment service herein, custody, control, or possession of the following property (non-earnings), in which Gerald P. Foox and Carol A. Foox, maintains an interest as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| A. Share (Savings) Account | $ 2,478.11 | Owned by Gerald Peter Foox and Carol Anne Foox |
| B. CD | $ 1,000,00.00 | Owned by Gerald Peter Foox and Carol Anne Foox |

3. Garnishee anticipates owing the following to the Gerald P. Foox and Carol A. Foox in the future: none.

4. Garnishee knows of no previous garnishment to which such property is subject or the extent to which any remaining property not listed in paragraph 2 above is not exempt.

5. Garnishee was not at the time of the Writ of Garnishment, and is not currently, aware of any other person, firm, or corporation indebted to Judgment Defendant, or possessing any effects of any nature.

WHEREFORE, PREMISES CONSIDERED, Garnishee, UNITED HERITAGE CREDIT UNION prays that upon final hearing herein, the Court enter such judgment as it may deem just and proper, protecting this Garnishee in all respects, and for such other and further relief, to which Garnishee may be found justly entitled.

Respectfully submitted,

BLALACK & WILLIAMS
Attorneys for Garnishee

BY: _____
Robert A. Woodcock, ID #24010490
rwoodcock@blalack.com
4851 LBJ Freeway, Ste. 750
Dallas, TX 75244
214/630-1916; 214/630-1112 (fax)

STATE OF TEXAS            )
                          )
COUNTY OF TRAVIS          )

BEFORE ME, the undersigned Notary Public in and for said County and State, on this day personally appeared <u>Corina Aleman</u>, a duly authorized agent and/or officer of United Heritage Credit Union, who after being duly sworn did on his/her oath depose and state that the statements contained in the above and foregoing Garnishee's Original Answer are within his/her personal knowledge and are true and correct.

X_____

Printed Name: _____Corina Aleman_____

Title: __Compliance Manager_____

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority, by the said _Corina Aleman_____, on this the 13th day of _April_____, 20 22 to certify which witness my hand and seal of office.


DOUGLAS MOORE
Notary Public, State of Texas
Comm. Expires 06-11-2022
Notary ID 131599938

_____
Notary Public in and for the State of Texas
My Commission Expires: 6-11-2022

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing document was served as required by the Federal Rules of Civil Procedure as follows on the ___13th___ day of ___April___, 2022.

All appearing parties.

      ____ First Class Mail
      ____ Certified Mail, RRR
      XXX E-Service/E-Mail

All Defendants
with addresses known to Garnishee

      XXX First Class Mail
      ____ E-Service/E-Mail
      ____ Hand Delivery

_____
Robert A. Woodcock