# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>v.<br><br>GERALD P. FOOX and<br>CAROL A. FOOX,<br>          Defendants,<br><br>and<br><br>MERRILL LYNCH, PIERCE, FENNER<br>AND SMITH,<br>CAPITAL ONE BANK, N.A.,<br>CHARLES SCHWAB & CO., INC.,<br>UNITED HERITAGE CREDIT UNION,<br>EAST TEXAS PROFESSIONAL CREDIT UNION,<br>TELCO PLUS CREDIT UNION,<br>KELLY COMMUNITY CREDIT UNION,<br>TEXAS BANK, and<br>TEXAS NATIONAL BANK<br>          Garnishees. | Case No. 6:22-cv-00048 |

## ORDER TERMINATING WRITS OF GARNISHMENT ISSUED TO CAPITAL ONE, CHARLES SCHWAB AND MERRILL LYNCH

Having considered the United States' Unopposed Motion to Quash the Writs of Garnishment issued to Capital One, N.A., Charles Schwab & Co. Inc., and Merrill Lynch, Pierce, Fenner and Smith, Incorporated:

THIS COURT ORDERS that the Writs of Garnishment issued to Capital One, N.A., Charles Schwab & Co. Inc., and Merrill Lynch, Pierce, Fenner and Smith Incorporated are terminated and quashed without prejudice.

1

So **ORDERED** and **SIGNED** this **25th** day of **April, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE